UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: | CHAPTER 7 CASE |
| Gerald L Johnson<br>Juanita O. Johnson | CASE NO. 09-36305 |
| Debtor(s). | ORDER |

The above entitled matter came before the court on the motion of Mortgage Electronic Registration Systems, Inc. its successors and /or assigns through its servicing agent US Bank N.A. (hereinafter "Movant"), seeking relief from the stay of actions imposed by 11 U.S.C. § 362. Based upon all of the files and records,

IT IS HEREBY ORDERED:

1. That Movant, its assignees and/or successors in interest, is granted relief from the stay of actions imposed by 11 U.S.C. § 362 with regard to that certain mortgage deed dated January 23, 2007, executed by Gerald L Johnson and Juanita O Johnson , husband and wife , recorded on January 31, 2007, as Document No. 2492980, covering real estate located in Dakota County, Minnesota, legally described as follows, to wit:

Lot 22 Block 2 Eagan Heights Townhomes 3rd Addition Dakota County Minnesota

and may pursue its remedies under state law in connection with the subject note and mortgage deed.

2. That notwithstanding Federal Rules of Bankruptcy Procedure 4001(a)(3), this Order is effective immediately.

Dated: January 6, 2010

 /e/ Dennis D. O'Brien
 Judge of Bankruptcy Court

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *01/06/2010*
Lori Vosejpka, Clerk, By sjr, Deputy Clerk